UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HECTOR EMILIO BARRERA PERALTA,

Petitioner,

v.

RAYMOND HERNANDEZ, et al.,

Respondents.

CAUSE NO. 3:26-CV-962-CCB-SJF

## <u>ORDER</u>

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before August 4, 2026. (ECF 10.) The respondents notified the court that the petitioner had a bond hearing on July 31, 2026. (ECF 15.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on August 11, 2026.

*/s/ Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT